FILED
AUG 0 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EVELYN CAMARGO-MARTINEZ,<br><br>Defendant. | Criminal No. 05-cr-00778-GT<br><br>[~~PROPOSED~~] ORDER TO TERMINATE SUPERVISED RELEASE |

GOOD CAUSE APPEARING, it is hereby ordered that Mrs. Camargo-Martinez's supervised release be terminated.

DATED: August 6, 2008

_____
HONORABLE GORDON THOMPSON JR.
United States District Court Judge